No. 1804, Misc. GIVENS v. OREGON. Sup. Ct. Ore. Certiorari denied. *Gary D. Gortmaker* and *Albin W. Norblad* for respondent. 

No. 1806, Misc. SCOTT v. PROCUNIER, CORRECTIONS DIRECTOR. Sup. Ct. Cal. Certiorari denied.

No. 1807, Misc. STARTTI v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. 

No. 1808, Misc. SMILEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 1810, Misc. HOLGUIN v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1811, Misc. RUSSEL v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1812, Misc. RIVERA v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 1814, Misc. NOOR v. DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1815, Misc. HAYKEL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1834, Misc. VANDERBURG v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1915, Misc. HERNANDEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.